UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. 10-01-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| CURTIS LEE JUSTICE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition (also known as a Report and Recommendation) [R. 98] filed by United States Magistrate Judge Hanly A. Ingram. The Defendant, Curtis Lee Justice, is charged with violating the conditions of his supervised release. Violation one charges him with associating with a person engaged in criminal activity, and both Violation two and three charge him with failing to truthfully answer inquiries and follow instructions of the probation officer. [*Id*. at 2-4.] Upon notification of the violations, the United States Probation Office issued a violations report and, in response, the Court issued a summons [R. 89] and then referred this matter to Judge Ingram to conduct a final revocation hearing and recommend a proposed disposition of the matter. [R. 91.]

On September 18, 2014, Judge Ingram conducted a final hearing and Justice stipulated to the charged violations. [R. 98 at 5.] On September 23, Judge Ingram issued a Report and Recommendation which recommended that Justice's supervised release be revoked and that he be imprisoned for twelve months and one day. [*Id*. at 10.] Judge Ingram appropriately considered the 18 U.S.C. § 3353 factors in coming to his

recommended sentence. [*Id*. at 7-8.] The Recommended Disposition advises the parties' that objections must be filed within fourteen (14) days of service. [*Id*. at 10.] *See* 28 U.S.C. § 636(b)(1). There were no objections filed during the relevant time period and Justice waived his right of allocution. [R. 99.]

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

(1) The Recommended Disposition [R. 98] as to Curtis Lee Justice is **ADOPTED** as and for the Opinion of the Court;

(2) The Defendant, Curtis Lee Justice, is found to have violated the terms of his Supervised Release as set forth in the Petition filed by the U.S. Probation Office [R. 89];

(3) Justice's Supervised Release is **REVOKED**;

(4) Justice is **SENTENCED** to the Custody of the Bureau of Prisons for a term of twelve (12) months and one (1) day with no term of supervised release to follow;

(5)  Justice has **WAIVED** his right to allocution [R. 99]; and

(6)  Judgment shall be entered promptly.

This 30th day of October, 2014.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge